■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MIGHTY, Appellant. [19 NYS3d 910]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and

order of this Court dated September 11, 2013 (*People v Mighty*, 109 AD3d 841 [2013]), dismissing an appeal from a judgment the Supreme Court, Queens County, rendered July 15, 2010, and modifying an amended judgment of the same court rendered July 28, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Dillon, Chambers and Dickerson, JJ., concur.